UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cr-20266-HUCK/BECERRA

**UNITED STATES OF AMERICA**,

v.

**TREVANTI McLEOD,**

    Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Plea of Guilty [ECF No. 89], which was entered on May 4, 2021. In the R&R, Judge Becerra found that the Defendant Trevanti McLeod, freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with conspiracy to commit money laundering, in violation of Title 18 U.S.C. §§ 1956(a)(3)(B).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count I, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Plea of Guilty is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count I of the Indictment; (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Wednesday, July 21, 2021 at 2:30 PM**; and

(4) the jury trial previously set for May 24, 2021 and the calendar call previously set for May 19, 2021 [ECF No. 62] are now cancelled.

**DONE AND ORDERED** in Miami, Florida on May 12, 2021.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record